IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO CASTILLO,

    Petitioner,                    No. 2:11-cv-3430 LKK EFB P

    vs.

RICK HILL,[1]

    Respondent.              ORDER

                              /

      Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 28, 2012, April 23, 2012, respondent filed a motion to dismiss on the grounds that the claims are uncognizable.  Petitioner has not filed an opposition or a statement of no opposition to respondent's motion to dismiss.

      A responding party's failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."  L. R. 230(l).  Failure to comply with any order or with the Local Rules

---

[1] "Unknown" was previously named as the respondent.  Rick Hill is the current warden at Folsom State Prison, where petitioner is confined.  "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Accordingly, the court now substitutes in Rick Hill as the respondent.

1

"may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 110.  The court may dismiss this action with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule regarding notice of change of address affirmed).

   Accordingly, it is hereby ORDERED that, within 21 days of the date of this order, petitioner shall file either an opposition to the motion to dismiss or a statement of no opposition. Failure to comply with this order may result in this action being dismissed.

Dated: September 5, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE